'08 CIV 4507

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERACION NACIONAL DE CAFETEROS DE COLOMBIA, a/k/a NATIONAL FEDERATION OF COFFEE GROWERS OF COLOMBIA, and COLOMBIAN COFFEE FEDERATION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>ULISES VALDEZ and ADELINA VALDEZ,<br><br>Defendants. | CIVIL ACTION NO. _____<br><br>JURY TRIAL DEMANDED |

RECEIVED MAY 14 2008 U.S.D.C. S.D.N.Y. CASHIERS

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiffs Federacion Nacional de Cafeteros de Colombia, a/k/a National Federation of Coffee Growers of Colombia, and Colombia Coffee Federation, Inc., private, non-governmental parties, certifies that Federacion Nacional de Cafeteros de Colombia has no parent corporation and that no publicly held corporation owns ten percent or more of its stock, and that Federacion Nacional de Cafeteros de Colombia is the parent corporation of

Colombian Coffee Federation, Inc. and no publicly held corporation owns ten percent or more of its stock.

Date:  New York, New York
       May 14, 2008

KING & SPALDING LLP

_____
Ethan Horwitz (EH 7152)
Clark W. Lackert (CL 0844)
Larry H. Tronco (LT 4903)

1185 Avenue of the Americas
New York, New York 10036-4003
Telephone:  212-556-2100
Facsimile:  212-556-2222

Attorneys for Plaintiffs
FEDERACION NACIONAL DE
CAFETEROS DE COLOMBIA,
a/k/a NATIONAL FEDERATION OF
COFFEE GROWERS OF COLOMBIA, and
COLOMBIAN COFFEE FEDERATION, INC.

OF COUNSEL:

Emily Bienko Brown
   (Ga. Bar No. 056834)
King & Spalding LLP
1180 Peachtree Street
Atlanta, Georgia 30309
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5100