AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

FEDERACION NACIONAL DE CAFETEROS DE COLOMBIA, a/k/a NATIONAL FEDERATION OF COFFEE GROWERS OF COLOMBIA, and COLOMBIAN COFFEE FEDERATION, INC.

V.

ULISES VALDEZ and ADELINA VALDEZ

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

Ulises Valdez and Adelina Valdez
Suite 9, 129 N. Cloverdale Blvd.
Cloverdale, California 95425

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ethan Horwitz
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036-4003

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MAY 14 2008

J. MICHAEL McMAHON
CLERK

DATE

(By) DEPUTY CLERK

| Attorney or Party without Attorney:<br>KING & SPALDING LLP<br>1185 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036<br>Telephone No: 212-556-2100    FAX No: 212-556-2222 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Southern District Of New York

Plaintiff: FEDERACION NACIONAL DE CAFETEROS DE COLOMBIA; ET AL
Defendant: ULISES VALDEZ AND ADELINA VALDEZ

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date:<br>Fri, Jul. 25, 2008 | Time:<br>10:15AM | Dept/Div:<br>21B | Case Number:<br>08CIV4507 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; ORDER SCHEDULING AN INITIAL PRETRIAL CONFERENCE; BLANK CIVIL CASE MANAGEMENT PLAN; RULE 7.1 STATEMENT; CIVL CASE COVER SHEET; BLANK CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE; ELECTRONIC CASE FILING RULES & INSTRUCTIONS

3. a. Party served:    ULISES VALDEZ

4. Address where the party was served:    513 PORT CIRCLE DR.
   Cloverdale, CA 95425

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jun. 05, 2008 (2) at: 8:20PM

7. Person Who Served Papers:
   a. OLEG GRINSHPAN



1541 Bayshore Hwy.        GENERAL@AALEGALSERVICE.COM
Burlingame, CA 94010-1802
(650) 697-9431              Fax (650) 697-4640

Recoverable Cost Per CCP 1033.5(a)(4)(B)
d. *The Fee for Service was:*

e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.:    P-378
   (iii) County:    Sonoma

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Jun. 09, 2008

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL                    (OLEG GRINSHPAN)        5562100.46298

| Attorney or Party without Attorney: <br> KING & SPALDING LLP <br> 1185 AVENUE OF THE AMERICAS <br> NEW YORK, NY 10036 <br> Telephone No: 212-556-2100   FAX No: 212-556-2222 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Southern District Of New York | | |
| Plaintiff: FEDERACION NACIONAL DE CAFETEROS DE COLOMBIA; ET AL | | |
| Defendant: ULISES VALDEZ AND ADELINA VALDEZ | | |

| PROOF OF SERVICE SUMMONS IN A CIVIL | Hearing Date: Fri, Jul. 25, 2008 | Time: 10:15AM | Dept/Div: 21B | Case Number: 08CIV4507 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; ORDER SCHEDULING AN INITIAL PRETRIAL CONFERENCE; BLANK CIVIL CASE MANAGEMENT PLAN; RULE 7.1 STATEMENT; CIVL CASE COVER SHEET; BLANK CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE; ELECTRONIC CASE FILING RULES & INSTRUCTIONS

3. a. Party served: ADELINA VALDEZ

4. Address where the party was served: 513 PORT CIRCLE, Cloverdale, CA 95425

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jun. 05, 2008 (2) at: 8:02PM

7. Person Who Served Papers:
   a. OLEG GRINSHPAN



1541 Bayshore Hwy.
Burlingame, CA 94010-1602
(650) 697-9431
GENERAL@AALEGALSERVICE.COM
Fax (650) 697-4640

Recoverable Cost Per CCP 1033.5(a)(4)(B)
d. The Fee for Service was:
e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.: P-378
   (iii) County: Sonoma

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Jun. 09, 2008

(OLEG GRINSHPAN)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

5562100.46299