IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERACION NACIONAL DE CAFETEROS DE COLOMBIA, a/k/a NATIONAL FEDERATION OF COFFEE GROWERS OF COLOMBIA, and COLOMBIAN COFFEE FEDERATION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>ULISES VALDEZ and ADELINA VALDEZ,<br><br>Defendants. | CIVIL ACTION NO.<br><br>1:08-cv-04507 (CM) |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

## DISMISSAL WITH PREJUDICE ON CONSENT

IT IS HEREBY ORDERED that the Complaint herein, and each and every claim and count thereof is dismissed with prejudice.

Dated: New York, New York
       6/26, 2008

SO ORDERED:

_____
Colleen McMahon
United States District Judge

CONSENTED TO, this 24 day of June, 2008.

| KING & SPALDING LLP | ALLMARK TRADEMARK |
|---|---|
| *[signature]* | *[signature]* |
| Ethan Horwitz (EH 7152) | John E. Russell |
| Clark W. Lackert (CL 0844) | |
| Larry H. Tronco (LT 45903) | 4041 Sugar Maple Drive, Suite A |
| | Danville, California 94506 |
| 1185 Avenue of the Americas | Telephone: (925) 648-4839 |
| New York, New York 10036-4003 | Facsimile: (925) 648-4358 |
| Telephone: (212) 556-2100 | |
| Facsimile: (212) 556-2222 | Attorney for Defendants |
| | ULISES VALDEZ and |
| Attorneys for Plaintiffs | ADELINA VALDEZ |
| FEDERACION NACIONAL DE | |
| CAFETEROS DE COLOMBIA, a/k/a | |
| NATIONAL FEDERATION OF | |
| COFFEE GROWERS OF | |
| COLOMBIA, and | |
| COLOMBIAN COFFEE | |
| FEDERATION, INC. | |